UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| AMERISOURCEBERGEN DRUG CORPORATION, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) ) | No. 1:24-cv-00323-LEW |
| T & G, LLC d/b/a I CARE PHARMACY and TERRY L. GREENIER, | ) ) ) ) ) | |
| Defendants | ) | |

## JUDGMENT

Upon consideration of the Motion for Entry of Default Judgment against Terry L. Greenier (ECF No. 15) and the Motion for Entry of Default Judgment against T & G, LLC d/b/a I Care Pharmacy (ECF No. 10) (collectively, the "**Motions**"), both filed by Plaintiff AmerisourceBergen Drug Corporation ("**Plaintiff**"); and T & G, LLC d/b/a I Care Pharmacy and Terry I. Greenier (collectively, "**Defendants**") each having failed to appear and defend the Complaint; and with the affidavits in support of the Motions demonstrating that Defendants each owe Plaintiff the sum of $698,063.78; and with the Clerk having entered default against Defendants (ECF Nos. 9, 13); and upon conducting a Damages Hearing on January 21, 2025; and upon the Plaintiff's filing of a Suggestion of Bankruptcy as to Defendant Greenier (ECF No. 24) and the subsequent administrative closure of the case with respect to Defendant Greenier, it is hereby **ORDERED** as follows:

1. The Motion for Default Judgment (ECF No. 10) against T & G, LLC is **GRANTED**.

2. Final default judgment is entered in favor of Plaintiff and against Defendant T & G, LLC, in the amount of $698,063.78, plus interest.

3. Defendant T & G, LLC shall pay Plaintiff all reasonable attorneys' fees and expenses incurred by Plaintiff in enforcing its rights to collect the above amount.

SO ORDERED.

Dated this 23rd day of January, 2025.

/s/ Lance E. Walker
LANCE E. WALKER
CHIEF U.S. DISTRICT JUDGE